# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-20-03429-RNO |
| NEIL THEODORE RUSSO AKA NEIL RUSSO AKA NEIL T. RUSSO, YVONNE NICHELLE RUSSO AKA YVONNE N. RUSSO AKA YVONNE RUSSO, | |
| DEBTORS. | |

## ORDER

**UPON** consideration of the Application of Mark J. Conway, Trustee ("Trustee") in the above estate, requesting authority to employ and appoint Law Offices of Mark J. Conway, P.C., under a general retainer to represent him as attorney for the Trustee, and it further appearing that no notice of hearing of said application should be given, no adverse interest having been represented, and it further appearing that Mark J. Conway is an attorney duly admitted to practice in this Court, and the Court being satisfied that Law Offices of Mark J. Conway, P.C. represents no adverse interest as an attorney for the Trustee of the Estate of the Debtors in the matters upon which it is to be engaged; that Law Offices of Mark J. Conway, P.C. employment is necessary and would be in the best interest of the estate, and the case is one justifying the employment of an attorney under a general retainer, it is

**HEREBY ORDERED AND DECREED** that the said Mark J. Conway, as such Trustee, be and he hereby is authorized to employ Law Offices of Mark J. Conway, P.C. as attorneys under a general retainer.

*Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124F.3d 567 (3rd Cir. 1997)